IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDACE RAY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 02-4382 |
| v. | : | |
| | : | |
| ABINGTON TOWNSHIP, et al., | : | |
| Defendants. | : | |

**AMENDED SCHEDULING ORDER**

AND NOW, this 23rd day of September, 2003, upon consideration of the joint letter request of counsel, the following amended scheduling order is entered:

1. All discovery is to be completed by October 31, 2003.

2. All dispositive motions are due November 5, 2003.

3. This case will be placed in the trial pool on December 1, 2003.

BY THE COURT:

_____
RONALD L. BUCKWALTER, J.