IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDACE RAY<br>1350 High Avenue<br>Roslyn, PA 19001 | : <br>: <br>: <br>: | CIVIL ACTION NO. 02-CV-4382 |
| v. | : <br>: | |
| ABINGTON TOWNSHIP<br>1176 Old York Road<br>Abington, PA 19001<br>   and | : <br>: <br>: <br>: | |
| CHIEF OF POLICE WILLIAM KELLY<br>1116 Old York Road<br>Abington, PA 19001<br>   and | : <br>: <br>: <br>: | |
| POLICE OFFICER NISBET, S.<br>Badge No: 2933<br>1116 Old York Road<br>Abington, PA 19001<br>   and | : <br>: <br>: <br>: <br>: | |
| POLICE OFFICER J. KING<br>Badge No: 2530<br>1116 Old York Road<br>Abington, PA 19001<br>   and | : <br>: <br>: <br>: <br>: | |
| POLICE OFFICER BRUCE HASLAM<br>1116 Old York Road<br>Abington, PA 19001<br>   and | : <br>: <br>: <br>: | |
| POLICE OFFICER MATZ<br>1116 Old York Road<br>Abington, PA 19001<br>   and | : <br>: <br>: <br>: | |
| POLICE OFFICER RAWTZ<br>1116 Old York Road<br>Abington, PA 19001<br>   and | : <br>: <br>: <br>: | |
| POLICE OFFICER SCHOLL<br>1116 Old York Road<br>Abington, PA 19001<br>   and | : <br>: <br>: <br>: | |
| (defendants continued)<br>POLICE OFFICER MANN | : <br>: | |

| | |
|---|---|
| 1116 Old York Road | : |
| Abington, PA 19001 | : |
|     and | : |
| ABINGTON MEMORIAL HOSPITAL | : |
| 3941 Commerce Avenue | : |
| Willow Grove, PA 19090 | : |
|     and | : |
| MARK SHNEA | : |
| 3941 Commerce Avenue | : |
| Willow Grove, PA 19090 | : |

## ORDER

**AND NOW**, this _____ day of _____, 2003, upon consideration of Defendants, Abington Memorial Hospital and Mark Schnee's Motion for Summary Judgment, it is hereby **DECLARED** and **ORDERED** that said Motion is **GRANTED**. All claims against Defendants, Abington Memorial Hospital and Mark Schnee are hereby **DISMISSED** with prejudice.

BY THE COURT:

_____
J.