**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| CANDACE RAY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  02-4382 |
| | : | |
| ABINGTON TOWNSHIP, et al., | : | |
| Defendants. | : | |


## ORDER


Counsel for plaintiff has filed a motion to withdraw, which plaintiff herself opposes.  There is presently before the court two fully-briefed summary judgment motions. Withdrawal at this time would not be appropriate pending disposition of those motions.

**AND NOW**, this 2nd day of December, 2003, it is hereby **ORDERED** that plaintiff's counsel's motion to withdraw (Docket No. 23) is **DENIED**, without prejudice.



BY THE COURT:


_____
RONALD L. BUCKWALTER, J.