IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDACE RAY | : | CIVIL ACTION |
| v. | : | |
| ABINGTON TOWNSHIP, et al. | : | NO. 02-4382 |

**O R D E R**

   AND NOW, this 23rd day of June, 2004, it is Ordered that TRIAL in the above captioned matter is scheduled for Tuesday September 21, 2004 at 9:30 a.m. in Courtroom 14 A.

BY THE COURT

ATTEST:


BY:_____
   Deputy Clerk