IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CANDACE RAY                        :         CIVIL ACTION
                                   :
        v.                         :
                                   :
ABINGTON TOWNSHIP, et al.          :         NO. 02-4382
```

### **O R D E R**

AND NOW, this 1st day of July, 2004, it is Ordered that TRIAL in the above captioned matter is CONTINUED to October 18, 2004 at 9:30 a.m. in Courtroom 14 A.

BY THE COURT

ATTEST:

BY:_____

      Deputy Clerk