IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDACE RAY | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  02-4382 |
| | : | |
| ABINTON TOWNSHIP | : | |
| Defendant. | : | |

**MEMORANDUM  AND ORDER**

BUCKWALTER, S.J.                                                                                            July 21, 2004


      Plaintiff's Counsel has renewed his motion to withdaw.  Plaintiff herself has not responded to this which involves a conflict related to the manner in which the case should proceed.

      While denying the first motion to withdraw, it now appears that the conflict can not be reconciled.

      An Order follows:

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDACE RAY | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  02-4382 |
| | : | |
| ABINTON TOWNSHIP | : | |
| Defendant. | : | |

## ORDER

And now this  21st  day of July Plaintiff's Counsel's Renewed Motion to Withdraw (Docket No. 32) is **GRANTED**.  Plaintiff Candace Ray is reminded that while she may represent herself she must adhere to all scheduling orders presently governing this case and applicable rule of civil procedure, local or federal.

Trial is scheduled for October 18, 2004 at 9:30 a.m. in Courtroom 14-A. Plaintiff Candance Ray and remaining defendants are reminded that this is a date certain and no continuances will normally be granted.

BY THE COURT:

_____

RONALD L. BUCKWALTER, S.J.