\02_A\LIAB\JJS\LLPG\628865\TAE\04108\00353

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**BY:** Joseph J. Santarone, Jr., Esquire
ID# 45723
Suite 1002, One Montgomery Plaza
Norristown, PA   19401
(610) 292-4444

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CANDACE RAY | : Civil Action No:  02-4382 |
| | : |
| v. | : |
| | : |
| ABINGTON TOWNSHIP, CHIEF OF POLICE | : |
| WILLIAM KELLY, POLICE OFFICER NISBET, | : |
| POLICE OFFICER J. KING, POLICE OFFICER | : |
| BRUCE HASLAM, OFFICER MATZ, OFFICER | : |
| RAWTZ, OFFICER SCHOLL, OFFICER MANN | : |
| AND ABINGTON MEMORIAL HOSPITAL AND | : |
| MARK SHNEA | : |

## **O R D E R**

AND NOW, this _____ day of _____, 2004, upon consideration of Defendants' Motion for Scheduling Change and any Responses thereto, it is hereby ORDERED that the Trial of the above-captioned matter has been rescheduled from Monday, October 18, 2004 to Monday, November 8, 2004.

                                                                                    _____
                                                                                                    U.S.D.C.,  J.

\02_A\LIAB\JJS\LLPG\628865\TAE\04108\00353
**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**BY:** Joseph J. Santarone, Jr., Esquire
ID# 45723
Suite 1002, One Montgomery Plaza
Norristown, PA   19401
(610) 292-4444

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CANDACE RAY | :  Civil Action No:  02-4382 |
| | : |
| v. | : |
| | : |
| ABINGTON TOWNSHIP, CHIEF OF POLICE | : |
| WILLIAM KELLY, POLICE OFFICER NISBET, | : |
| POLICE OFFICER J. KING, POLICE OFFICER | : |
| BRUCE HASLAM, OFFICER MATZ, OFFICER | : |
| RAWTZ, OFFICER SCHOLL, OFFICER MANN | : |
| AND ABINGTON MEMORIAL HOSPITAL AND | : |
| MARK SHNEA | : |

### DEFENDANTS' MOTION FOR SCHEDULING CHANGE

1. The Trial of this matter is scheduled for Monday, October 18, 2004.

2. One of the Officers, Jeannette King is scheduled to be at a Level II Advanced Accident Investigation School that week.

3. The Accident Investigation School is difficult to get into and is important for both Officer King's career and important for the Township that Officers have this training.

4. Counsel understands that Monday, November 8, 2004 is a possible Trial date that may be open on Your Honor's schedule.

5. Counsel for the Co-defendant, David Zaslow, indicated that November 8, 2004 would also be a better date for the Trial and joins in this request.

WHEREFORE, Defendants respectfully request that this Honorable Court grant the attached Order changing the Trial date from Monday, October 18, 2004 to Monday, November 8, 2004.

                    MARSHALL, DENNEHEY, WARNER,
                    COLEMAN & GOGGIN

                    _s/JS1015_____
                    JOSEPH J. SANTARONE, JR., ESQUIRE
                    Attorney for Defendant
                    Suite 1002, One Montgomery Plaza
                    Norristown, PA   19401
                    610-292-4444 (Phone)
                    610-292-0410 (Fax)
                    jsantarone@mdwcg.com
                    PA45723

**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**BY:** Joseph J. Santarone, Jr., Esquire
ID# 45723
Suite 1002, One Montgomery Plaza
Norristown, PA   19401
(610) 292-4444

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDACE RAY | : | Civil Action No:  02-4382 |
| | : | |
| v. | : | |
| | : | |
| ABINGTON TOWNSHIP, CHIEF OF POLICE | : | |
| WILLIAM KELLY, POLICE OFFICER NISBET, | : | |
| POLICE OFFICER J. KING, POLICE OFFICER | : | |
| BRUCE HASLAM, OFFICER MATZ, OFFICER | : | |
| RAWTZ, OFFICER SCHOLL, OFFICER MANN | : | |
| AND ABINGTON MEMORIAL HOSPITAL AND | : | |
| MARK SHNEA | : | |

### CERTIFICATE OF SERVICE

I, Joseph J. Santarone, Jr., Esquire, do hereby certify that a true and correct copy of Defendants' Motion for Scheduling Change, was electronically filed with the Court on  August 12, 2004  and is available for viewing and downloading from the ECF System; copies have been served upon all parties of record via First Class United States Mail.

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

  s/JS1015
JOSEPH J. SANTARONE, JR., ESQUIRE
Attorney for Defendants
Suite 1002, One Montgomery Plaza
Norristown, PA   19401
610-292-4444 (Phone) 610-292-0410 (Fax)
jsantarone@mdwcg.com
PA45723

DATE: August 12, 2004