**MARSHALL, DENNEHEY, WARNER,**
**COLEMAN & GOGGIN**
**BY:** Joseph J. Santarone, Jr., Esquire                     *Electronically Filed*
ID#  45723
Suite 1002, One Montgomery Plaza
Norristown, PA   19401
(610) 292-4444

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CANDACE RAY | : Civil Action No:  02-4382 |
| | : |
| v. | : |
| | : |
| ABINGTON TOWNSHIP, CHIEF OF POLICE | : |
| WILLIAM KELLY, POLICE OFFICER NISBET, | : |
| POLICE OFFICER J. KING, POLICE OFFICER | : |
| BRUCE HASLAM, OFFICER MATZ, OFFICER | : |
| RAWTZ, OFFICER SCHOLL, OFFICER MANN | : |
| AND ABINGTON MEMORIAL HOSPITAL AND | : |
| MARK SHNEA | : |

### CERTIFICATE OF SERVICE

I, Joseph J. Santarone, Jr., Esquire, do hereby certify that a true and correct copy of the Notice of Videotape Trial Deposition of Dr. Timothy J. Michals, was served upon all parties by first class mail on October 26, 2004 at the following addressees and via Certified Mail, Return Receipt Requested and Hand Delivery upon Plaintiff, Candace  Ray at the following address:

Candace Ray                                David R. Zaslow, Esquire
1350 High Avenue                           WHITE AND WILLIAMS
Roslyn, PA   19001                         1500 Lancaster Avenue
                                           Paoli, PA   19301-1500

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN


        <u>  s/JS1015                                              </u>
        JOSEPH J. SANTARONE, JR., ESQUIRE
        Attorney for Defendant
        Suite 1002, One Montgomery Plaza
        Norristown, PA   19401
        610-292-4444 (Phone)
        610-292-0410 (Fax)
        jsantarone@mdwcg.com
        PA45723


DATE:   <u>October 26, 2004</u>