IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
CANDACE RAY                     :       CIVIL ACTION
                                :
        v.                      :
                                :
ABINGTON TOWNSHIP, et al.       :       NO. 02-4382
```

**O R D E R**

AND NOW, this 9th day of February, 2005, it is Ordered that, in accordance with this Court's Ruling from the Bench on November 8, 2004, this case is DISMISSED.

BY THE COURT:

_____
RONALD L. BUCKWALTER, SJ