IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAY

                                                                            02-CV-4382
                                                                            District Court Docket Number

              vs.

ABINGTON MEMORIAL HOSPITAL

Notice of Appeal Filed 3/14/05
Court Reporter(s)/ESR Operator(s)   none

Filing Fee:
        Notice of Appeal __Paid  _x_ Not Paid   __Seaman
        Docket Fee          __Paid  _x_ Not Paid   __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

                                              Prepared by :_____
                                                       ANN MURPHY
                                                   Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm