IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CANDACE RAY, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 02-4382 |
| | : | |
| ABINGTON TOWNSHIP, et al., | : | |
|     Defendants. | : | |

## MEMORANDUM AND ORDER

Plaintiff's motion to proceed *in forma pauperis* will be denied. She has not fully completed the Statement in Support of the Request.

First, she did not state the date of her last employment and the salary she received.

Second, she did not describe the source or amount of money received from other sources.

Third, she did not state the approximate value of the house she owns.

Fourth, she did not state how much she contributes to the support of her daughter.

Finally, it appears that she may have at least $1,000 in cash which would be more than enough to pay the cost to appeal.

Based on the foregoing, the following order is entered:

**AND NOW,** this 21st day of March, 2005, it is hereby **ORDERED** that plaintiff's motion to proceed *in forma pauperis* (Docket No. 50) is **DENIED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.